5 F.3d 536w
 Unpublished Disposition
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
 In re GLENFED, INC. SECURITIES LITIGATION.
John Paul DECKER; Arnold Cohen; Gary Haskins; Larry
Schwartz; Gary F. Young; Elbridge Ruhl Graef, Trustee u/w
of Charlotte R. Graef on behalf of themselves and all others
similarly situated, Plaintiffs-Appellants,
v.
GLENFED, INC.; Norman M. Coulson; Raymond D. Edwards;
Dann V. Angeloff; Dean R. Bailey; Charles T. Blair;
Douglas A. Clarke; Morris K. Daley; Richard O. Kearns;
Walter A. Ketcham; Jean C. Roeschlaub; Jack D. Steele;
Gilbert R. Vasquez; E. Gex Williams, Jr.; Keith P.
Russell, Jr., Defendants-Appellees.
 
 1
 No. 92-55419.
 
 
 2
 United States Court of Appeals, Ninth Circuit.
 
 Argued and Submitted Aug. 3, 1993.
Decided Sept. 15, 1993.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION